ATTORNEY GRIEVANCE COMMISSION     \*     IN THE
OF MARYLAND

        \*     COURT OF APPEALS

        \*     OF MARYLAND

v.

        \*     Misc. Docket AG No. 14

SUSAN ENGONWEI TINGWEI         \*     September Term, 2022

## ORDER

Upon consideration of the Petition for Disciplinary or Remedial Action and Request for Immediate Suspension filed by Petitioner pursuant to Maryland Rule 19-721(a)(2) and 19-738, Respondent's Answer to Petition for Disciplinary or Remedial Action, and Respondent's Response to Show Cause Order, it is this 26th day of September, 2022

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Susan Engonwei Tingwei, is temporarily suspended from the practice of law in the State of Maryland pursuant to Maryland Rule 19-738(e) until further order of this Court; and it is further

**ORDERED**, that the Clerk of this Court shall remove the name of Susan Engonwei Tingwei from the register of attorneys and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b); and it is further

**ORDERED** that, in an order to follow, this matter will be referred to a judge pursuant to Rule 19-722 to hold a hearing in accordance with Rule 19-727 to address Respondent's contention that a disposition other than disbarment is appropriate in this matter.

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Matthew J. Fader
Chief Judge



Suzanne C. Johnson, Clerk